

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00201-CV

IN THE MATTER OF THE MARRIAGE OF
EDITH CERVANTES RODRIGUEZ AND JUAN ANTONIO RODRIGUEZ
AND IN THE INTEREST OF O.A.R. AND K.P.R., CHILDREN

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. DR-2015K-162, Honorable Roland D. Saul, Presiding

June 30, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

On June 22, 2016, appellant, Juan Antonio Rodriguez, filed a motion to dismiss his appeal that complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1). No decision of this Court having been delivered to date and without passing on the merits of the appeal, we grant the motion and dismiss appellant's appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because appellant's motion does not address costs, costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d). If dismissal will prevent appellee, Edith Cervantes Rodriguez, from seeking relief to which she would otherwise

be entitled, the Court directs appellee to file a timely motion for rehearing.  No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice